UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN,

           Plaintiff,

-against-

SHUMI TOYS & GIFTS, INC.,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/2023
```

22-CV-9092 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Lamar Brown filed his Complaint on October 24, 2022 (Dkt. 1), and the Clerk of Court issued an electronic summons to defendant Shumi Toys & Gifts, Inc. on October 25, 2022. (Dkt. 4.) Under Fed. R. Civ. P. 4(m), plaintiff had 90 days to serve the Summons and Complaint, but no proof of such service has been filed.

    It is hereby ORDERED that, if plaintiff has not filed proof of service of the Complaint by **February 6, 2023**, he shall, on that date, show cause why this Court should not dismiss the action.

Dated: New York, New York
       January 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**